IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:09-CR-00551-LMM-JFK |
| CARLOS MONTEMAYOR, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [319], which recommends that Defendant's Motions to Suppress Wiretaps [198, 268] be denied. No objections have been filed in response to the Magistrate's Report and Recommendation. Having reviewed the R&R, it is received with approval. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Defendant's Motions to Suppress Wiretaps [198, 268] are **DENIED.**

Further, as Defendant has been represented by CJA counsel Paul Cognac since December 7, 2017, former defense counsel Todd Henry's Motion to Withdraw [321] is **GRANTED**.

The trial in this action is hereby set to begin on Monday, November 5, 2018 at 9:30 A.M. in Courtroom 2107. The pretrial conference will be held on Wednesday, October 31, 2018 at 2:00 P.M. in Courtroom 2107. By noon on

Wednesday, October 17, 2018, the parties are to file the following: motions *in limine* and proposed *voir dire* questions. By noon on Wednesday, October 17, 2018, the Government must file a brief summary of the indictment that the parties can rely on for *voir dire*. By noon on Wednesday, October 24, 2018, the parties are to file responses to motions *in limine* and any objections and to those items listed above.

Excludable time is allowed through November 5, 2018, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), to give counsel for Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served outweigh the best interest of the public and the Defendant in a speedy trial and are consistent with both the best interest of the public and individual justice in this matter.

**IT IS SO ORDERED** this 20th day of September, 2018.

*Leigh Martin May*
**Leigh Martin May**
**United States District Judge**