# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CARLOS MONTEMAYOR, | : | |
| | : | **Case No. 1:09-CR-551-LLM** |
| *Movant / Petitioner,* | : | |
| | : | |
| v. | : | Habeas Corpus Action/Motion |
| | : | Pursuant to 28 U.S.C. § 2255 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | **HEARING REQUEST** |
| *Respondent.* | : | |
| _____ | : | |

## REPLY TO GOVERNMENT'S RESPONSE OPPOSING MOTION

COMES NOW, Carlos Montemayor (hereinafter "Petitioner"), by and through undersigned counsel, and files this reply to the Government's response in opposition of Petitioner's 28 U.S.C. § 2255 motion, showing as follows:

The Government in its response correctly concedes that the issues of ineffective assistance of plea counsel are properly before this Court. However, it incorrectly concludes that Petitioner has not met his burden of establishing plea counsel's ineffective assistance.

While Petitioner does not wish to reiterate the points raised in his initiating motion and brief—and will let those speak for his claims—it is worth noting in reply what was taken from Petitioner. If the right to counsel of choice is violated— that is, if the trial court improperly prevents a defendant from being represented by

his counsel of choice—this qualifies as "structural error." *United States v. Gonzalez-Lopez*, 548 U.S. 140 (2006); *United States v. McCutcheon*, 86 F.3d 187 (11th Cir. 1996); *Wheat v. United States*, 486 U.S. 153 (1988). In its response, the Government not only fails to adequately assess the deficiency, but it also minimizes the prejudice by failing to acknowledge the fundamental right at issue.

The nature of this deprivation is structural, and if the trial court was erroneous in its refusal to allow Mr. Rice to represent Petitioner, which it was, this infects the entirety of the proceedings and requires the finding that plea counsel was ineffective for failing to preserve this for appeal.

Respectfully submitted, this 21st day of October, 2021.

/s/ Stephen M. Reba
STEPHEN M. REBA
Georgia Bar No. 532158
*Counsel for Petitioner*

THE LAW OFFICE OF
STEPHEN M. REBA, LLC
P.O. Box 1046
Decatur, Georgia 30031
(404) 850-7949 (phone)
(404) 935-5305 (fax)
smr@rebalaw.com

## **CERTIFICATE OF COMPLIANCE WITH RULE 32(a)**

1. This document complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because: it contains 240 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportional-spaced typeface using Microsoft Word in 14 point Times New Roman.

This 21st day of October, 2021.

/s/ Stephen M. Reba
STEPHEN M. REBA
Georgia Bar No. 532158
*Counsel for Petitioner*

THE LAW OFFICE OF
STEPHEN M. REBA, LLC
P.O. Box 1046
Decatur, Georgia 30031
(404) 850-7949 (phone)
(404) 935-5305 (fax)
smr@rebalaw.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I caused the foregoing to be filed with the Clerk of the Court, via the CM/ECF System, which will send notice of such filing to all registered users.

I further certify that the required paper copies have been dispatched to the Clerk of the Court, via United Parcel Service, for delivery within three business days.

This 21st day of October, 2021.

                                                        /s/ Stephen M. Reba
                                                       STEPHEN M. REBA
                                                       Georgia Bar No. 532158
                                                       *Counsel for Petitioner*

THE LAW OFFICE OF
STEPHEN M. REBA, LLC
P.O. Box 1046
Decatur, Georgia 30031
(404) 850-7949 (phone)
(404) 935-5305 (fax)
smr@rebalaw.com